## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

**DENNIS GUY**                                                                                             **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO.** _____

**THE TOWN OF SLAUGHTER,**
**THE SLAUGHTER POLICE DEPARTMENT,**
**POLICE CHIEF WALTER SMITH,**
**TRAVIS LEE DEPEW, AND TWO**
**UNIDENTIFIED OFFICERS**                                                            **DEFENDANTS**

### CIVIL RIGHTS COMPLAINT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Dennis Guy, who, alleging causes of action for civil rights violations, respectfully represents, upon information and belief, as follows:

### JURISDICTIONAL STATEMENT

1.

This action arises under Title 42 USC §1983 and §1988 and the Fourth Amendment to the Constitution of the United States of America.  This Court has jurisdiction over this matter, pursuant to 28 USC §1331.   Venue is proper in this District under 28 USC §1391.

2.

This Court has supplemental jurisdiction over the state law claims asserted herein, pursuant to 28 USC §1367, including, but not limited to, unlawful arrest, false imprisonment, Louisiana Civil Code Articles 2315 and 2320; and, Article 1, Sections 2, 3, and 5 of the Louisiana Constitution of 1974.

## GENERAL ALLEGATIONS

3.

Plaintiff, Dennis Guy, is a person of the full age of majority and a citizen of the United States of America, residing in the State of Louisiana.

4.

Made defendants herein are:

a. Slaughter Police Department, an agency of the Town of Slaughter;

b. Town of Slaughter, a municipality of East Feliciana Parish;

c. Walter Smith, an individual over the age of majority, at all pertinent times serving as Police Chief of the Slaughter Police Department, in his official capacity and personally;

d. Travis Lee Depew, an individual over the age of majority, at all pertinent times serving as an officer of the Slaughter Police Department, in his official capacity and personally;

e. John Doe No. 1, an individual over the age of majority whose identity is currently unknown, at all pertinent times serving as an officer of the Slaughter Police Department, in his official capacity and personally;

f. John Doe No. 2, an individual over the age of majority whose identity is currently unknown, at all pertinent times serving as an officer of the Slaughter Police Department, in his official capacity and personally.

## FACTUAL ALLEGATIONS

5.

On or about November 13, 2020, at or around 12:19 a.m., plaintiff, Dennis Guy was sleeping in his home, located in Slaughter, Louisiana, when Officer Travis Depew and two other unidentified officers, with guns drawn, unlawfully entered plaintiff's home without a warrant or consent. Upon seeing a surveillance camera inside, the officers exited the house.

6.

Due to the noise upon the officers' entry into his home, Mr. Guy went to the door and was approached by the above-named officers claiming Mr. Guy needed to report to the police station to pick up his fourteen-year-old daughter who had been detained for trespassing an abandoned home located in the neighborhood. Mr. Guy informed the officers that he would do so in the morning as he had consumed a few alcoholic beverages earlier in the night and did not want to drive intoxicated.

7.

Once back at the police station, Officer Travis Depew began harassing Mr. Guy with phone calls instructing him to report to the police station immediately to pick up his daughter. Again, Mr. Guy explained that he would do so in the morning, at which point, Officer Travis Depew gathered information from the daughter and called Mr. Guy's mother, Cynthia Guy to come pick up the daughter. After hearing that his mother had been disturbed in the middle of the night, Mr. Guy called Officer Travis Depew back and told him that he was on the way to pick up his daughter.

8.

Upon entering the police department, Mr. Guy was wrongfully arrested and booked in jail for La. R.S. 14: 92.2 Improper Supervision of a Minor by a Parent or Legal Guardian due to his "lack of attention," as explained by Officer Travis Depew in his arrest report.

9.

As a result of said arrest, Mr. Guy spent two nights in the Slaughter parish jail, and had to pay a bond.

10.

The Slaughter Police Department's jail/booking card for Guy Dennis states that he was booked for:

1. "IMPROPER SUPERVISION OF A MINOR." There is no evidence or assertions made in the arrest report that Mr. Guy had any knowledge or permitted his minor child to take part in any activities listed in the elements of such law. In fact, in the body camera footage provided by Slaughter Police Department, arresting officer Travis Depew states that his reason for arresting Mr. Dennis is that Mr. Dennis "did not make a good enough effort in his opinion" to find a ride to the police station to pick up his daughter in the hour-long time frame allotted by Officer Depew at 2:00 a.m. Clearly, this reasoning does not support a valid lawful arrest under the relevant statute. Therefore, Dennis Guy's arrest and booking for this offense was unconstitutional.

11.

The actions described above were committed by Officer Travis Depew, believed to be acting under the color and pretense of the statutes, ordinances, regulations, customs, and usages of the City of Slaughter and under the authority of the Slaughter Police Chief Walter Smith and the Slaughter Police Department.

12.

The unlawful entry into Mr. Guy's home and subsequent bogus arrest and booking was without probable cause, without a warrant and was unconstitutional.

13.

Defendant, Chief of Police Walter Smith, created an environment which allowed for and encouraged defendant officers' patterns of aggressive and unconstitutional conduct.

14.

Defendants' actions as set forth herein abridged, impaired, and interfered with plaintiff's clearly established Constitutional rights as afforded to him under the United States and Louisiana Constitutions.

15.

At all times pertinent hereto, defendant officers are "persons" acting under the color of law, or lawful authority, within the meaning and intent of 42 U.S.C. §1983. The aforementioned acts of the defendants violated Guy Dennis's right of freedom from unlawful search and seizure, equal protection and due process rights, as protected by the Fourth, Fifth and Fourteenth Amendments to the Constitution of the United States of America and Louisiana law, resulting in the following damages, to-wit:

a. Federal law – General, special and compensatory damages, including, but not limited to, mental and physical pain and suffering (past, present and future), for humiliation and embarrassment - $50,000.00
Punitive damages - $250,000.00
b. Louisiana law – all damages found to be reasonable in the premises.

16.

As a result of the conduct complained of herein, the named defendants are liable to plaintiff for damages pleaded herein throughout as well as punitive damages for their reckless and callous disregard for plaintiff's civil rights and their bad faith in arresting Mr. Guy. Plaintiff is further entitled to an award of reasonable attorney's fees for all work performed in pursuing this action.

**WHEREFORE**, plaintiff, Dennis Guy, prays that after all legal delays and due proceedings had, there be judgment rendered herein in favor of the plaintiff and against the defendants, Slaughter Police Department, Police Chief Walter Smith, Officer Travis Depew, John Doe No. 1 and John Doe No. 2, all in their individual and official capacities jointly, severally, and in solido for damages as are reasonable under the premises for the state law claims; and for judgment against the same defendants for general, special, compensatory and punitive damages as stated in the aforementioned paragraph 14 of the Civil Rights Complaint, together with legal interest thereon from date of judicial demand, costs of court, and reasonable attorney's fees and expenses.

Respectfully submitted,

**SAUNDERS & CHABERT**

*/s/ Scotty E. Chabert, Jr.*
HENRI M. SAUNDERS, LSBA No. 25236
SCOTTY E. CHABERT, JR., LSBA No. 30434
CHEYENNE M. MEEK, LSBA No. 35253
6525 Perkins Road
Baton Rouge, LA 70808
Telephone: (225) 771-8100
Facsimile:  (225) 771-8101
schabert@saunderschabert.com